**Thomas P. Riley, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**Joe Hand Promotions, Inc.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ROBERT M. FORSBERG, et al.**<br><br>**Defendants.** | **CASE NO.  2:14-cv-01559-WBS-EFB**<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (~~Proposed~~)** |

**TO THE HONORABLE WILLIAM B. SHUBB, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:**

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon defendants Robert M. Forsberg and Suzanne E. Forsberg, individually and d/b/a Rooster Juice Grill and Sports Bar; and Cardinal Puffs, LLC, an unknown business entity d/b/a Rooster Juice Grill and Sports Bar.

**WHEREFORE**, Plaintiff makes the following representations and recommendations:

1. On July 1, 2014, Plaintiff's Complaint was filed against Defendants Robert M. Forsberg, individually and d/b/a Rooster Juice Grill and Sports Bar; and Cardinal Puffs, LLC, an unknown business entity d/b/a Rooster Juice Grill and Sports Bar.

///

2. Plaintiff has incurred difficulties locating the whereabouts of the Defendants.  As such, Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendants, Robert M.

Forsberg, Suzanne E. Forsberg, and Cardinal Puffs, LLC, despite efforts to do so.  (Please find a true and correct copy of the process server's Status Reports attached hereto and made part hereof as Plaintiff's Exhibit 1).

3. Plaintiff has recently identified an address (801 Atherton Drive, Apt. 70, Manteca, CA 95337) that it believes *will be* successful to serve its initiating suit papers upon these particular defendants, and has notified its process server of same. Plaintiff respectfully requests this additional continuance of time to serve the Defendants.  In the event it is determined Plaintiff cannot locate the Defendants, Plaintiff's counsel will seek no further extensions in this action and will either dismiss the defendants outright or seek to effect service by publication within the additional days granted by way of this Application before this Honorable Court.

4. Plaintiff Joe Hand Promotions, Inc., hereby applies *ex parte* for an order further continuing the Initial Scheduling Conference presently set for October 27, 2014 at 2:00 PM.   As set forth below, Plaintiff respectfully requests this Honorable Court continue the Status Conference and extend the time to complete service an additional Thirty (30) days to Forty-Five (45).

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for October 27, at 2:00 PM and permit Plaintiff an additional Thirty (30) days to Forty-Five (45) from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated:  October 22, 2014            */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

## ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 2:14-cv-01559-WBS-EFB styled *Joe Hand Promotions, Inc. v. Robert M. Forsberg, et al.*, is hereby continued from 2:00 PM, October 27, 2014 to **February 17, 2015 at 2:00 p.m.**   A Joint Status Report shall be filed no later than **February 3, 2015.**

Plaintiff is granted an additional thirty (30) days to forty-five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Robert M. Forsberg and Suzanne E. Forsberg, individually and d/b/a Rooster Juice Grill and Sports Bar;  Cardinal Puffs, LLC, an unknown business entity d/b/a Rooster Juice Grill and Sports Bar, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

 **IT IS SO ORDERED**:

Dated:  October 23, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,

California. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 22, 2014, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Robert M. Forsberg (Defendant)
1325 West Yosemite Avenue
Manteca, CA 95337

Suzanne E. Forsberg (Defendant)
1325 West Yosemite Avenue
Manteca, CA 95337

Cardinal Puffs, LLC (Defendant)
1325 West Yosemite Avenue
Manteca, CA 95337

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 22, 2014, at South Pasadena, California.

Dated: October 22, 2014                         */s/ Stefanie Martinez*
                                                **STEFANIE MARINEZ**